Christopher G. Varallo, ISB #6135
Daniel J. Gibbons, ISB #6202
Nathan J. Orlando, ISB #10673
WITHERSPOON · KELLEY
422 W. Riverside Avenue, Suite 1100
Spokane, WA  99201-0300
Phone:  (509) 624-5265
Fax:   (509) 458-2728
cgv@witherspoonkelley.com
djg@witherspoonkelley.com
njo@witherspoonkelley.com

*Attorneys for Defendant Global Credit Union*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LAFKY PROPERTIES, LLC, an Oregon limited liability company, dba Big Storage and Big Storage Idaho,<br><br>           Plaintiff,<br><br>     v.<br><br>GLOBAL CREDIT UNION, a Washington corporation,<br><br>           Defendant. | No.  1:19-cv-00413-REB<br><br>DEFENDANT'S MOTION TO DISMISS |

COMES NOW, Defendant GLOBAL CREDIT UNION, by and through its counsel of record, Christopher G. Varallo, Daniel J. Gibbons, Nathan J. Orlando of Witherspoon Kelley and, pursuant to Federal Rule of Civil Procedure 8(a) and 12(b)(6), respectfully submit this Motion to Dismiss. The grounds for this Motion are set forth more fully in the attached Memorandum incorporated by reference herein.

DATED this 19th day of December, 2019.

WITHERSPOON · KELLEY

By: */s/ Christopher G. Varallo*
    Christopher G. Varallo, ISB #6135
    Daniel J. Gibbons, ISB #6202
    Nathan J. Orlando, ISB #10673
    cgv@witherspoonkelley.com
    djg@witherspoonkelley.com
    njo@witherspoonkelley.com
    422 W. Riverside Avenue, Suite 1100
    Spokane, WA 99201-0300
    Phone: (509) 624-5265
    Fax: (509) 458-2728
    *Attorneys for Defendant Global Credit Union*

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of December, 2019,

1.   I caused to be electronically filed the foregoing DEFENDANT'S MOTION TO DISMISS with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

> **Thomas E. Dvorak**
> **tedservice@givenspursley.com**
>
> **Jason Blakley**
> **jasonblakley@givenspursley.com**; **stacywardein@givenspursley.com**
>
> **Donald Z. Gray**
> **dongray@givenspursely.com**

2.   I hereby certify that I have caused to be mailed by United States Postal Service the foregoing document to the following non-CM/ECF participants at the addresses listed below:  **None.**

3.   I hereby certify that I have mailed by United States Postal Service the foregoing document to the following CM/ECF participants at the address listed below:  **None.**

4.   I hereby certify that I have hand-delivered the foregoing document to the following participants at the addresses listed below:  **None.**

> */s/ Christopher G. Varallo*
> Christopher G. Varallo, ISB #6135